# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,691,017**  HUBBARDTON FORGE, LLC (VERMONT LIMITED LIABILITY COMPANY)
Registered Oct. 6, 2009  PO BOX 827
CASTLETON, VT 05735

**Int. Cl.: 11**  FOR: ELECTRIC LIGHTING FIXTURES, ELECTRIC LIGHTING FIXTURES, NAMELY, SCONCES, CHANDELIERS, LAMPS, LAMP BASES, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

**TRADEMARK**
**PRINCIPAL REGISTER**  FIRST USE 1-31-2001; IN COMMERCE 1-31-2001.

THE MARK CONSISTS OF A DECORATIVE CURVED, TAPERED, FLATTENED METAL STRIP DESIGN ELEMENT DISPLAYED ON CERTAIN OF APPLICANT'S LIGHTING PRODUCTS. THE DOTTED OUTLINE IN THE DRAWING OF THE MARK IS OF ONE OF APPLICANT'S LIGHTING PRODUCTS SHOWING THE POSITIONING OF THE MARK ON THE GOODS AND IS NOT CLAIMED AS PART OF THE MARK.

SEC. 2(F).

SER. NO. 77-305,045, FILED 10-16-2007.

LINDA M. KING, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office