

Search: Enter Search Criteria Here    [Search]

Dealer Locator    Online Catalog    Dealer Login

Dealers please login to take full advantage of this site.

**All Collections**
**Type**
   Bath Bars **(4)**
   Chandeliers **(133)**
   Floor Lamps **(22)**
   Flush Mounts **(13)**
   Island Fixtures **(5)**
   Mini Chandeliers **(42)**
   Pendants **(24)**
   Sconces **(53)**
   Semi-Flush **(14)**
   Table Lamps **(194)**
   Torchiers **(8)**
   Vanities **(29)**
   Buffet Lamps **(4)**
   Wall Mirrors **(1)**
   Table Uplighters **(1)**
**Styles**
**Material**
**Finish**
**New Products**
**Candice Olson**
**Horizon Series**
**Elements Series**
**Contract Lighting**
**Site Navigation**



**Item Number: 7133-1W**

Enlarge Photo

*Jessica*

Oil rubbed bronze with antique textured glass

the elements Series

**Product Details**

**Finish:** Bronze
**Style:** Country
**Base:** 1-60W Candle Base
**Product Dimensions:** W: 6" x H: 36" x Ext: 9"

Copyright © 2000 - 2010 AF Lighting. All Rights Reserved. Privacy Policy